

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

September 17, 2024

**_VIA ECF_**
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

SO ORDERED.
9/18/24 /s/ Alvin K. Hellerstein

      Re: *Gabriella Bass v. Outsource Special Inspections, Inc.*,
         Case No. 1:24-cv-04069-AKH

Dear Judge Hellerstein:

    We represent plaintiff Gabriella Bass ("*Plaintiff*") in the above captioned action. Pursuant to Paragraphs 1(A) and 1(D) of Your Honor's Individual Practices, Plaintiff respectfully requests an adjournment *sine die* of the September 20, 2024, Status Conference.

    In support of this Motion, Plaintiff includes the following:

(1) The Court has scheduled a Status Conference for September 20, 2024, at 10:00 a.m. (*Dkt. No. 8*);

(2) This is Plaintiff's first request for an adjournment and/or extension of time and there are no further schedule dates regarding this action;

(3) Good cause exists for the instant request as defendant Outsource Special Inspections, Inc. ("*Defendant*") has yet to enter an appearance in this action or respond to Plaintiff's Complaint and as a consequence, Plaintiff has requested the Clerk of Court issue a certificate of default as to Defendant (*Dkt. Nos. 11-13*);

(4) As Defendant has yet to enter an appearance in this action, there is no party with which Plaintiff can confer regarding their consent to this request;

(5) Plaintiff intends to move for default judgment within thirty (30) days of the date of the issuance of certificate of default as to Defendant.

    The instant request is made in good faith and granting the requested adjournment will not prejudice any party to this matter. Thank you for your consideration of this request.



Respectfully submitted,

/s/ *Joshua D. Vera*
Joshua D. Vera
*Counsel for Plaintiff*


cc: Counsel of Record